Opinion issued July 11, 2002







 


 


 


In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00484-CR

____________


DERRICK LORENZO ARMSTRONG, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 180th District Court

Harris County, Texas

Trial Court Cause No. 907765






MEMORANDUM OPINION

 Appellant was charged with possession of a controlled substance, namely,
cocaine, weighing less than one gram, enhanced with two prior felony convictions. 
Appellant entered into a plea bargain agreement with the State in which the State
would recommend that punishment be assessed at two years confinement in the Texas
Department of Criminal Justice, Institutional Division. Appellant signed a written
waiver of his right to appeal if the trial court accepted the plea bargain agreement. 

 Appellant pleaded guilty to the primary offense and true to the enhancement
allegations. The trial court followed the plea bargain agreement in assessing
punishment. Despite having waived the right to appeal, appellant filed notice of
appeal. We hold the appeal must be dismissed. See Buck v. State, 45 S.W.3d 275,
278 (Tex. App.--Houston [1st Dist.] 2001, no pet.); see also Blanco v. State, 18
S.W.3d 218, 219-20 (Tex. Crim. App. 2000); Bushnell v. State, 975 S.W.2d 641, 642-44 (Tex. App.--Houston [14th Dist.] 1998, pet. ref'd); Littleton v. State, 33 S.W.3d
41, 43 (Tex. App.--Texarkana 2000, pet. ref'd).

 Accordingly, we order the appeal dismissed.

PER CURIAM

Panel consists of Chief Justice Schneider, and Justices Nuchia and Radack.


Do not publish. Tex. R. App. P. 47.